

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00429-CV

IN RE JOHNNY WAYNE CUMMINGS                          RELATOR

----------

## ORIGINAL PROCEEDING

----------

## MEMORANDUM OPINION[1]

----------

Relator Johnny Wayne Cummings seeks a writ of mandamus compelling a municipal court judge to answer a motion Relator asserts he filed in the municipal court. We dismiss for want of jurisdiction.

This court has jurisdiction to issue writs of mandamus against district and county court judges, to issue writs of mandamus against a district judge acting as magistrate in a court of inquiry, and to issue all other writs necessary to enforce its own jurisdiction. *See* Tex. Gov't Code Ann. § 22.221 (Vernon 2004). We do not have mandamus jurisdiction over a municipal court judge. *See, e.g., In re*

----------

[1]*See* Tex. R. App. P. 47.4.

*Chang*, 176 S.W.3d 451, 452 (Tex. App.—Houston [1st Dist.] 2004, orig. proceeding) (dismissing for want of jurisdiction petition to mandamus municipal court judge); *In re Griffith*, No. 02-06-00361-CV, 2006 WL 3114455, at *1 (Tex. App.—Fort Worth Oct. 31, 2006, orig. proceeding) (mem. op.) (same); *In re Allen*, No. 05-04-01734-CV, 2004 WL 2821893, at *1 (Tex. App.—Dallas Dec. 9, 2004, orig. proceeding) (mem. op.) (same); *In re Collard*, No. 05-06-00533-CV, 2006 WL 1075029, at *1 (Tex. App.—Dallas Apr. 25, 2006, orig. proceeding) (mem. op.) (same).  Therefore, we dismiss Relator's petition for want of jurisdiction.


PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and MEIER, J.

DELIVERED:  December 9, 2010

2